UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-CV-816-ACL |
| FRANK BISIGNANO, | ) | |
| Acting Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

JUDGMENT

Pursuant to the Memorandum entered on this date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner be **reversed** and this case be **remanded** to the Commissioner for further proceedings.

Dated this 24th day of September, 2026.

/s/ *Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE